Dennis F. Moss (CA 77512)
Gregory N. Karasik (CA 115834)
**Spiro Moss LLP**
11377 W. Olympic Boulevard, 5th Floor
Los Angeles, California 90064-1683
Tel. (310) 235-2468; Fax (310) 235-2456
dennisfmoss@yahoo.com
greg@spiromoss.com

**JS-6**

Sahag Majarian II (CA 146621)
**Law Office of Sahag Majarian II**
18250 Ventura Boulevard
Tarzana, California 91356
Tel. (818) 609-0807; Fax (818) 609-0892
sahagii@aol.com

Attorneys for Plaintiffs HUMBERTO OROZCO
and LEANNE CHO

**KATTEN MUCHIN ROSENMAN LLP**
Joshua D. Wayser (Cal. Bar No. 152711)
Stacey D. Knight (Cal. Bar No. 181027)
Evan Dwin (Cal Bar. No. 241027)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for defendant
FEDERAL DEPOSIT INSURANCE CORPORATION,
Receiver for CALIFORNIA NATIONAL BANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO OROZCO and LEANNE CHU, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA NATIONAL BANK, a Federal Savings Bank; and DOES 1 through 50,<br><br>Defendant. | Case No.: 2:10-cv-00626-JST(SSx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>[F.R.Civ.P. 41(a)(1)(ii)] |

# ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs Humberto Orozco and Leanne Cho and Defendant Federal Deposit Insurance Company, Receiver for California National Bank, stipulated to dismiss this action, and each claim for relief asserted in this action, without prejudice. Good cause appearing, this action is dismissed in its entirety, without prejudice, on the date of filing of the parties' stipulation. The parties will bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: October 28, 2010            **JOSEPHINE STATON TUCKER**
                                   Hon. JOSEPHINE STATON TUCKER
                                   UNITED STATES
                                   DISTRICT COURT JUDGE